135 A.3d 177

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Thomas M. REED, Petitioner.**

Supreme Court of Pennsylvania.

April 22, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of April, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

1) Are the recent SORNA statutes (42 Pa.C.S. §§ 9799.10, 9799.13 and 9799.14 and related provisions) punitive in nature and do they violate the *ex post facto* provisions of the Pennsylvania Constitution?

2) Do the SORNA statutes violate fundamental due process under the Fourteenth Amendment of the United States Constitution and Article I, Section 9 of the Pennsylvania Constitution?

3) Do the SORNA statutes violate the separation of powers doctrine under the Pennsylvania Constitution?

4) Was lifetime Megan's Law registration not part of petitioner's original guilty plea, and therefore, should petitioner's original plea, which only called for a ten-year Megan's Law requirement, be enforced?

The Prothonotary is directed to schedule briefing and argument in this matter together with the following matters presenting related issues: *Commonwealth v. Gilbert*, 181 MAL 2015 and *Commonwealth v. Muniz*, 684 MAL 2015.